UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUILLERMO GARCIA, | : |
| Petitioner | : |
| v. | : CIVIL NO. 3:CV-07-0047 |
| ALBERTO GONZALEZ, et al., | : (Judge Kosik) |
| Respondents | : |

**O R D E R**

     **NOW, THIS 11th DAY OF SEPTEMBER, 2007,** upon consideration of Petitioner's Motion to Obtain Status and Adjudication (Doc. 5), **IT IS HEREBY ORDERED THAT** said motion is **denied as moot**.[1]

     */s/ EDWIN M. KOSIK*
     United States District Judge

---

[1] A Memorandum and Order was issued on February 6, 2007, dismissing this action. (Doc. 4.) The Clerk of Court is directed to forward to Petitioner a copy of this document as it appears he never received it.